UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. WEISS, | No. 2:16-cv-319-EFB |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed this action seeking review of a decision of the Commissioner of Social Security. He has filed a notice of voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. ECF No. 15.

Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without prejudice, and without a court order, by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Before plaintiff filed the notice of voluntary dismissal, defendant filed her answer. ECF No. 14. Therefore, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(i). However, defendant may choose to stipulate to dismissal without prejudice

1

pursuant to Rule 41(a)(1)(A)(ii).  Should defendant decline to stipulate as such, the court may dismiss this action based upon petitioner's request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

     Accordingly, it is ORDERED that within 14 days of the date of this order, defendant shall either file and serve a document stipulating to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii),[1] or otherwise respond to plaintiff's notice of voluntary dismissal.

DATED:  October 24, 2016.

                                                                         EDMUND F. BRENNAN
                                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] In the event defendant so stipulates, the court will construe the parties' filings as stipulation of dismissal for voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).